UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-CR-0367 (JMB/JFD)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MOTION TO WITHDRAW** |
| | ) | |
| **FO'TRE WHITE** | | |
| **Defendant.** | ) | |

Fo'Tre White, by and through his attorney Matthey J Mankey. Hereby moves the courts to be removed from representing Mr. White. The basis for this motion is as follows: On August 21, 2024, Mr. White was scheduled to have a competency motion before the honorable Magistrate Judge John Docherty. Prior to the commencement of the hearing, Mr. White requested an ex parte hearing before Magistrate Docherty to request that he be provided a new attorney. Mr. White was concerned with the failure of the undersigned to file motions to contest probable cause in a search warrant executed at the residence where he was allegedly staying, and motion to sever his case from his co-defendant.

The undesigned, in acknowledgment of pressure on the federal defender's office due to scarcity of CJA panel attorneys, requested that I be allowed to make the motion not withstanding the tardiness of the submission, and the fact that the motion would have to be akin an Anders brief. The courts took this matter under advisement. The court

advised the undersigned by email dated August 28, 2024, that neither Judge Docherty nor his staff could find case law support for what I was suggesting be done.

I explained the solution to Mr. White on Friday September 6,2024 While visiting him at the Sherburne County Jail, after which he requested, I make this motion to withdraw as his attorney.

Dated: 09/09/2024        Respectfully submitted,

/s/ Matthew Mankey