# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: CR 23-367 (6) JMB/JFD |
| Fo'Tre Devine White, Defendant. | Date: July 23, 2025 |
| | Court Reporter: Nancy Meyer |
| | Courthouse: St. Paul |
| | Courtroom: 3B |
| | Time Commenced: 1:09 p.m. |
| | Time Concluded: 1:22 p.m. |
| | Time in Court: 13 minutes |

Before Judge Jeffrey M. Bryan, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

For Plaintiff: Timothy Campbell Warner, Assistant United States Attorney
For Defendant: Catherine L. Turner, CJA

**x Sentencing.**

IT IS ORDERED:   Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 120 months | | 5 years | | |

x Special conditions of:   **See J&C for special conditions**
☒ Defendant sentenced to pay:
   ☒ Special assessment in the amount of $100.00.
☒ Plea and plea agreement accepted.
☒ On Motion of the Gov't., Counts 2 and 3 of the indictment are dismissed as to this defendant only.
☒ Defendant remanded to the custody of the U.S. Marshal.

glb<br>Courtroom Deputy